**AKABAS & SPROULE**
ATTORNEYS AT LAW
488 MADISON AVENUE
11TH FLOOR
NEW YORK, NY 10022
(212) 308-8505

FACSIMLE (212) 308-8582
WWW.AKABAS-SPROULE.COM

SETH A. AKABAS
MICHAEL H. SPROULE †
DAVID E. BAMBERGER
———
SENIOR COUNSEL
THOMAS A. CANOVA
MARTIN TODTMAN
———
JESSE E. GREENE

† ADMITTED NY & MA

COUNSEL
RUTH J. WITZTUM
HENRY RAKOWSKI
RICHARD A. MEDINA**
MARTIN L. LERNER***
———
LOUIS J. LAMATINA*
S105 FARVIEW AVENUE
PARAMUS, NJ 07652
(201) 291-1122

** ADMITTED NY & NJ
*** ADMITTED NY & CA

December 8, 2022

BY ECF

Hon. Pamela K. Chen
United States District Judge
United States Courthouse
225 Cadman Plaza East, Chambers N 631
Brooklyn, New York 11201

Re:   *Marina Iskhakova v. Acne Corp.*
      *Civil Action No. 1:22-cv-03988-PKC-RER*

Dear Judge Chen:

I represent the Defendant in this ADA website accessibility case. The parties have agreed to settle and dismiss this action, subject to entry of a Consent Decree acceptable to the parties and the Court.

To that end, we have attached a standard-form Consent Decree, which both parties and their respective counsel have signed. The parties jointly request that, if the Court finds the document to be in good order, the Court order the same, whereupon this action can and should be dismissed with prejudice. Of course, if the Court has any questions, we stand ready to address the same.

                                              Respectfully submitted,

                                              */s/ David E. Bamberger*
                                              David E. Bamberger

Attach.

Cc:   Mark Rozenberg, Esq.
      Stein Saks, PLLC
      Attorneys for Plaintiff
      (by ECF only)